PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
May 03, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>Wayne Lee Hauzer; the residence located at 4561 Glenhaven Dr, Tracey CA 95377 | CASE NO. 2:22-SW-0278 CKD<br><br>[PROPSOED] ORDER TO PARTIALLY UNSEAL AND FILE A REDACTED COPY OF SEARCH WARRANT APPLICATION AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that this matter be unsealed and that a redacted copy of the search warrant application and affidavit be filed on the public docket. The original search warrant application and affidavit will remain sealed. The government may produce a copy of the original sealed, search warrant application and affidavit to the defendant and defendant's counsel.

The Clerk is directed to file a redacted copy of the search warrant application and affidavit on the public docket.

Dated: May 3, 2022

_ALLISON CLAIRE_
UNITED STATES MAGISTRATE JUDGE