PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>Wayne Lee Hauzer; the residence located at<br>4561 Glenhaven Dr, Tracey CA 95377 | CASE NO.  2:22-SW-0278 CKD<br><br>ORDER TO PUBLICLY FILE A REDACTED COPY OF SEARCH WARRANT RETURN |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that a redacted copy of the search warrant return be filed on the public docket. The original unredacted search warrant return will remain sealed. The government may produce a copy of the original sealed, search warrant return to defendant and defendant's counsel.

The Clerk is directed to file a redacted copy of the search warrant return on the public docket.

Dated:  December 7, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE